UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-62336-JIC

JONATHAN HERNANDEZ,

    Plaintiff,

v.

FLOKEL ENTERPRISES, INC., AND
RONAN GIDEKEL,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Defendants, FLOKEL ENTERPRISES, INC. ("Flokel") and RONAN GIDEKEL ("Gidekel"), through counsel, file their Certificate of Interested Parties, as follows:

A. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1.    Jonathan Hernandez - Plaintiff.

    2.    Toussaint M Cummings - Plaintiff's Counsel.

    3.    Brian H. Pollock - Plaintiff's Counsel.

    4.    The Fair Law Firm - Plaintiff's Counsel Law Firm.

      5.        Flokel Enterprises, Inc. - Defendant.

      6.        Ronan Gidekel - Defendant.

      7.        Juliana Gonzalez - Defendants' Counsel.

      8.        MG Legal Group, P.A. - Defendants' Counsel's Law Firm.

**B.        The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings**:

None.

**C.        The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases**:

None.

**D.        The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution**:

Jonathan Hernandez may be entitled to restitution.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully Submitted,

/s/ Juliana Gonzalez, Esq.
Fla. Bar No. 54660
MG Legal Group, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559
juliana@ljmpalaw.com
office@mglegalgroup.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is served on this 23rd day of January, 2023, to all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of the notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully Submitted,

          /s/ Juliana Gonzalez, Esq.
          Fla. Bar No. 54660
          MG Legal Group, P.A.
          3126 Center Street
          Coconut Grove, FL 33133
          Tel. (305) 448-9557
          Fax. (305) 448-9559
          juliana@ljmpalaw.com
          office@mglegalgroup.com

          *Counsel for Defendants*

## SERVICE LIST

**Brian Pollock, Esq.**
brian@fairlawattorney.com
**Toussaint Cummings, Esq.**
*toussaint@fairlawattorney.com*
Fairlaw Firm
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884

*Counsel for Plaintiff*
*Service via CM/ECF*