UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-62336-COHN/HUNT

JONATHAN HERNANDEZ,

    Plaintiff,

vs.

FLOKEL ENTERPRISES INC.
AND RONAN GIDEKEL,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

    Plaintiff, Jonathan Hernandez, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 5] and agreed to utilize **Neil Flaxman, Esq., as mediator**.

    Dated this 24th day of January 2023.

    s/Toussaint M. Cummings, Esq.
    Toussaint M. Cummings. (119877)
    toussaint@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com