UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-62336-COHN/HUNT

JONATHAN HERNANDEZ,

    Plaintiff,

vs.

FLOKEL ENTERPRISES INC.
AND RONAN GIDEKEL,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

    The mediation conference in this matter shall be held with Neil Flaxman, Esq., on March 22, 2023, at 10:00 a.m. via Zoom Video Conference. This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

    DONE and ORDERED in chambers, at Miami, Florida on _____.

                                            _____
                                            JAMES I. COHN
                                            UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*