UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-62336-COHN/HUNT

JONATHAN HERNANDEZ,

    Plaintiff,

vs.

FLOKEL ENTERPRISES INC.
AND RONAN GIDEKEL,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Jonathan Hernandez, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

    Dated this 9th day of March 2023.

                                            Toussaint Cummings, Esq.
                                            Toussaint Cummings, Esq. (119877)
                                            toussaint@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:   305.230.4884
                                            *Counsel for Plaintiff*