UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62336-CIV-COHN/HUNT

JONATHAN HERNANDEZ,

    Plaintiff,

v.

FLOKEL ENTERPRISES INC. and
RONAN GIDEKEL,

    Defendants.

_____/

### ORDER APPROVING FLSA SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve Settlement and Dismissal with Prejudice [DE 17] ("Motion"). The Court, having considered the Motion, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Court finds that the settlement of Plaintiff's FLSA claims as set forth in the Settlement Agreement between Plaintiff and Defendants is fair and reasonable and meets the standard set forth in <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor</u>, 679 F.2d 1350 (11th Cir. 1982). Accordingly, the Motion is **GRANTED**.

    2.    The parties' Settlement Agreement is hereby **APPROVED**.

    3.    The above-styled action is **DISMISSED WITH PREJUDICE**, and all pending motions, if any, are **DENIED AS MOOT**.

    4.    The Court retains jurisdiction to enforce the Settlement Agreement, if necessary.

    5.    The Court directs the Clerk of the Court to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of March, 2023.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF